## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD KINTNER AND MICHELLE KINTNER,

           Petitioners

        v.

ZONING HEARING BOARD OF SMITHFIELD TOWNSHIP AND TOWNSHIP OF SMITHFIELD,

           Respondents

: No. 213 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.